









THE GUARDIAN, Wednesday, March 16, 2022

## FOCUS ON MOST IMPACTFUL AND AWARD-WINNING CEOS IN 2021 PART II

## CHARLES NWADAVID: Disrupting The Status Quo In The Real Estate World

HIS character speaks integrity, his expertise defines efficiency and his life has become a roadmap for professionals who still believe that hard work, good morals and playing according to professional ethics, are the only recipe for career satisfaction. This description is most apt for Charles Nwadavid, Founder/CEO of Nigeria's fast-rising real estate company, ChaviD Properties Limited.

With a background that exposed him early in life to strive for excellence by virtue of his parents who are successful professionals in their respective fields, Charles, as he is fondly called, started out as a rental agent in the real estate industry and gradually gained knowledge of the industry which has made him a professional. He said as an avid learner he has "painstakingly gone through the real estate process to arrive where I am today. Having been able to amass tremendous knowledge in the real estate sector and beyond, from administrative aspect, to sales and marketing, technical know-how, team building, as well as people and leadership skills. Life as a learning journey and I believe so much in personal development. Thus, the moment you stop learning, ignorance sets in."

Charismatic and unassuming, he explained that by investing in the workforce, ChaviD has been able to achieve an exponential growth within its short period of existence. According to him, investing in the team members has helped in the delivery of exceptional customer service. "Developing our team members is a non-stop process, by so doing we are able to leave up to our mission which is



to positively impact humanity because you canot give what you do not have. Equally, we are focused on customer satisfaction which has played a significant role in helping us expand our portfolios, exponentially.

He stressed that "We have always been eager to do more as enshrined in our care values referred to as QIPS which stands for **Quality, Integrity, Perpetual Innovation, and Surpassing Expectations**. We live and work via this template and that has propelled us thus far."

Committed to becoming a dominant player in the Real Estate Industry, the ChaviD Properties boss explained that the company is driven by the goal to develop 80,000 housing units yearly which is aimed at reducing housing deficit not just in Nigeria, but also in other major cities of the world. He noted that Nigeria currently have a housing production of 100,000 units annually which is a far cry from the deficit of about 22 million which implies that the country needs about a million units annually to be able to drastically mitigate her housing gap.

Commenting on the challenges of home financing in Nigeria, Nwadavid lamented the rising barriers associated with house ownership in the country. He highlighted the challenges which range from stringent requirements and difficulty accessing finance, to high interest rates and cost of land. However, he believed people-focused government policies can play a

huge role in mitigating the issues in home financing.

In his view, the financing of housing programs should be considered as a national responsibility and taken seriously. Just as the private sector should be encouraged to invest in providing funds for housing development and home financing. He advocated strong collaborations between government and private sector as an imperative approach to mitigate these numbers.

An unrelenting go-getter with amazing leadership qualities which has earned him recognition from far and near, Nwadavid is a recipient of the Nelson Mandela Leadership Award, Distinguished African Youth Ambassador by the West African Youth Council, as well as the Outstanding Leadership Recognition and Inspirational Leadership Excellence Award in West Africa by CF. PRMP, Ghana.

On what has kept him going as a CEO, he explained that his drive for personal growth is embedded in a daily routine he termed SMP where "S is for Spiritual health - pray and read four chapters of the Bible daily; "M" - for Mental health (read, mediate, reflect and journal daily), while "P" is for physical health - working out 3-4 days a week and eat healthy.

To him, "This is a system that helps me stay focused and on check. I perpetually strive to outdo my yesterday. This propels me to do better. No matter how high you climb or how much you make, stay humble, be hungry and never be complacent. For me, stagnation is the beginning of the end. You must keep growing regardless of your spot on the ladder of life."

Case 1:24-cr-10022-LTS    Document 40-2    Filed 09/17/25    Page 8 of 8

# Special Projects
## UNIT PUBLICATION

www.guardian.ng

**THE GUARDIAN'S SPECIAL FOCUS ON MOST IMPACTFUL AND AWARD-WINNING CEOs THAT CONTRIBUTED TO NIGERIA'S GDP GROWTH IN 2021**


Aisha Dahir-Umar, DG/CEO, National Pension Commission (PenCom)


Baker Magunda, MD/CEO, Guinness Nigeria PLC


Alexander Ayoola Okoh, DG/CEO, Nigeria Bureau of Public Enterprises (BPE)


Olawale Opayinka, CEO, Eko Development Company Limited


Dr. Bashir Jamoh, DG/CEO, Nigerian Maritime Administration and Safety Agency (NIMASA)


Felix Achibiri, Group Director, Genesis Energy Group


Jackson Ukuevo, Group CEO, Ronchess Global Resources PLC


Patrick McMichael, CEO, Eat'N'Go Limited


Bankole Bernard, Group Managing Director/CEO, Finchglow Group


Glifford Anyiagwe, Group CEO, Gas Group Limited


Chief Dr. Leemon Agbonjagwe Ikpea, Chairman/CEO, Lee Engineering Ltd


Ronke Kuye, CEO, Shared Agent Network Expansion Facilities (SANEF)


Chief Dr. Chukwuma Ifeanyi Odii, President/CEO, Ultimus Holdings Ltd


Laurin Hainy, CEO, FairMoney Microfinance Bank Limited


Charles Nwadavid, CEO, ChaviD Properties Limited


Matthieu Seguin, Managing Director/CEO, Nigerian Bottling Company


Alhaji Usman Mohammed, Founder/CEO, New Energy Service Company (NESSCO) Limited


Ope Babalola, Managing Director, Webb Fontaine Nigeria Limited


Dr. Kennedy Nnadi , Founder/CEO, Pennek Nigeria Limited


Lucky Ujomu, CEO, Luckybay Homes


Robert Ogirri, CEO, Ladgroup


Richard Rotoye, GCEO, Creditville Group


Michael Awonowo, CEO, Micdee Designs Limited


Bartholomew Egbochie, CEO, ATCO Homes Limited


Michael Amadi Orwu, CEO, Victoria Creek Garden


Armstrong Akintunde, CEO, Aerofield Homes Limitred


Olamide Afolabi, CEO, Touch And Pay Technologies Limited


Peter Cole Chiori, CEO, Ocean Glory Commodities Limited


Pharm. Matthew Azoji, Managing Director/CEO, Neimeth International Pharmaceuticals PLC


Wale Adeyipo, CEO, CWG PLC


Peter Ashade, Group CEO, United Capital PLC


Olukayode Olusanya, Founder/CEO, Oaks Africa Group Limited


Robert Taiwo, CEO, Phillips Consulting


Adetola Nola, CEO, Veritasi Homes & Properties Limited


Dr. MKO Balogun, CEO, Global PFI Limited


Olufemi Adesina, Group Managing Director, Imperial Africa PLC


Ngozi Onyemuwa Anyogu, Managing Director/CEO, AG Mortgage Bank PLC


Engr. Ifiok ime Udoekpo, CEO, Juesco Nigeria Limited


Prince Omoha Nduka John, CEO, Prince Luxury Group


Jerry Uwangue, CEO, J&G Engineering & Construction services


Oladipupo Clement, CEO, Lifepage Group